IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES CHARLES SMITH, <br> (TDCJ-CID #881812) <br> Plaintiff, | § § § § | |
| vs. | § § | CIVIL ACTION H-05-2713 |
| DOUGLAS DRETKE, *et al.*, <br> Defendants. | § § § | 9:05cv177 |

**MEMORANDUM AND OPINION**

Plaintiff, a state prisoner proceeding *pro se*, brings this action against Texas prison officials who reside in Polk County and Walker County, Texas. Plaintiff sues seventeen officials for violations of civil rights which occurred at the Polunsky Unit, where he is confined and which is located in Polk County, Texas. Douglas Dretke, Director of the TDCJ-CID, and V. Barrow, offender counselor, are the only two officials who reside in Walker County, Texas.

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is hereby ORDERED that this case be TRANSFERRED to the United States District Court for the Eastern District of Texas, Lufkin Division. 28 U.S.C. § § 1391, 1404(a).

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK

By_____
Deputy Clerk

O:\RAO\VDG\2005\05-2713.A01

Plaintiff's motion to proceed *in forma pauperis,* (Docket Entry No. 2), is DENIED without prejudice to reconsideration after transfer.

SIGNED at Houston, Texas, on August 10, 2005.

*[signature]*
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE