IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

AUG 11 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JAMES CHARLES SMITH, | § | |
| (TDCJ-CID #881812) | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-05-2713 |
| | § | |
| DOUGLAS DRETKE, et al., | § | 9:05cv177 |
| | § | |
| Defendants. | § | |

FILED - CLERK
U.S. DISTRICT COURT
TX EASTERN - LUFKIN
2005 AUG 24 AM 10:28

**MEMORANDUM AND OPINION**

Plaintiff, a state prisoner proceeding *pro se*, brings this action against Texas prison officials who reside in Polk County and Walker County, Texas. Plaintiff sues seventeen officials for violations of civil rights which occurred at the Polunsky Unit, where he is confined and which is located in Polk County, Texas. Douglas Dretke, Director of the TDCJ-CID, and V. Barrow, offender counselor, are the only two officials who reside in Walker County, Texas.

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is hereby ORDERED that this case be TRANSFERRED to the United States District Court for the Eastern District of Texas, Lufkin Division. 28 U.S.C. §§ 1391, 1404(a).

O:\RAO\VDG\2005\05-2713.A01

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK

By _____
Deputy Clerk

Plaintiff's motion to proceed *in forma pauperis,* (Docket Entry No. 2), is DENIED without prejudice to reconsideration after transfer.

SIGNED at Houston, Texas, on August 10, 2005.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE