IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JAMES CHARLES SMITH, #881812 | § | |
| VS. | § | CIVIL ACTION NO. 9:05cv177 |
| DOUGLAS DRETKE, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff James Charles Smith, an inmate confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge Harry W. McKee, who issued a Report and Recommendation concluding that the lawsuit should be dismissed. The plaintiff has filed objections.

The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by the plaintiff are without merit. The plaintiff has shown that he has exhausted his property claims, and the established case law clearly holds that a Texas prison inmate does not have a basis for potentially meritorious civil rights lawsuit concerning property claims. *See, e.g., Murphy v. Collins*, 26 F.3d 541, 543 (5th Cir. 1994). The Report and Recommendation thoroughly reviewed the case law showing that the property claims are frivolous. The plaintiff cloaked his property claims in terms of a conspiracy claim, but he must show an actual deprivation of a constitutional right to proceed on a conspiracy claim. *Slavin v. Curry*, 574 F.2d 1256, 1261 (5th Cir. 1978); *Villanueva v. McInnis*,

723 F.2d 414, 418 (5th Cir. 1984). The property claims underlying the conspiracy claim are frivolous, thus the conspiracy claim is likewise frivolous. The plaintiff did not exhaust his remaining claims, and such claims should be dismissed for failure to exhaust pursuant to 42 U.S.C. § 1997e(a). *See Booth v. Churner*, 532 U.S. 731 (2001). The plaintiff's objections to the contrary lack merit. Therefore the Court adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the plaintiff's property and conspiracy claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff's remaining claims are **DISMISSED** without prejudice pursuant to 42 U.S.C. § 1997e(a). The dismissal of this lawsuit counts as a "strike" for purposes of 28 U.S.C. § 1915(g). It is finally

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this the 8 day of **December, 2005.**

_____
Thad Heartfield
United States District Judge